# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE J. PERDUE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SECRETARY BEARD,<br><br>　　　　Respondent. | Case No. CV 10-8041 GW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 4, 2016

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE